UNITED STATES COURT OF INTERNATIONAL TRADE

- - - - - - - - - - - - - - -x

TABACOS USA, INC.,            :

        Plaintiff, :

        v.            :         Court No. 18-00221

UNITED STATES CUSTOMS AND     :
BORDER PROTECTION,
                           :

        Defendant.
                            :

- - - - - - - - - - - - - - -x

### Temporary Restraining Order

     The plaintiff having commenced this action by the simultaneous filing of a summons and complaint and applications for a temporary restraining order and preliminary injunction; and, upon initial reading of plaintiff's papers, the court having decided to offer defendant's counsel the opportunity to be heard; Now therefore, after having conferred with both sides, it is hereby

     ORDERED that the defendant be, and it hereby is, enjoined from terminating plaintiff's bond number 18C000D1D and requiring the plaintiff to post a new continuous bond until such time as plaintiff's application for a preliminary injunction is resolved; and it is further

     ORDERED that a hearing on said application be held in open courtroom 3 on Wednesday, November 7, 2018, at 11:00 a.m.

Dated:   New York, New York
           October 29, 20128

                                      /S/     Thomas J. Aquilino, Jr.
                                                   Senior Judge