# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TABACOS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CUSTOMS AND BORDER PROTECTION, <br><br> Defendant. | Court No. 18-00221 |

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above entitled action is assigned to the Honorable Thomas J. Aquilino, Jr.

                                                 /s/ Timothy C. Stanceu
                                                 Timothy C. Stanceu
                                                 Chief Judge

DATED:   November 07, 2018